IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 21-03100-01-CR-S-BP |
| DAVID JOE NEAL, | ) ) ) | |
| Defendant. | ) | |

**ORDER**

Before the Court is Defendant's Motion for Reconsideration of Order Denying Release From Custody to Attend a Sibling's Funeral. (Doc. 35.) After careful consideration, the motion is **GRANTED IN PART and DENIED IN PART**.

Consistent with the order by the Circuit Judge of Cedar County, it is **ORDERED** that Defendant shall be furloughed from St. Clair County Detention Center in Osceola, Missouri at 11:00 a.m. on Monday, April 11, 2022, to allow him to attend the funeral of his sister, Debra Hibbs, in Stockton, Missouri. (Doc. 35-1.) Defendant shall not drive or operate a motor vehicle, nor shall he use alcohol or any narcotic drug or other controlled substance during this furlough. It is further **ORDERED** that Defendant shall report to St. Clair County Detention Center to resume custody by 4:00 PM on Monday, April 11, 2022.

IT IS SO ORDERED.

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE: April 11, 2022